# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Luckymogo Technology Limited, Ltd., et al.

                                         Plaintiff,

v.                                                                   Case No.: 1:24−cv−06198
                                                                                     Honorable Mary M. Rowland

yanyangbaihuodian, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 10, 2024:

       MINUTE entry before the Honorable Mary M. Rowland: Motions by defendants for extensions of time to respond to the complaint [34. 36] are granted. The identified defendants are all given until 10/9/24 to respond to the pending complaint. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.